21CV35719

Filed 7/19/20

Dis
Shelby Cou[nty]

CAUSE NO. 21CV35719

| DANIE L. BELL | § | |
| --- | --- | --- |
| Plaintiff | § | |
| V. | § | IN THE DISTRICT COURT OF |
| | § | |
| TYSON FOODS, INC. | § | SHELBY COUNTY, TEXAS |
| | § | |
| Defendant | § | 273RD JUDICIAL DISTRICT |

## PLAINTIFF'S ORIGINAL PETITION

TO THE HONORABLE JUDGE OF THIS COURT:

NOW COMES, DANIE L. BELL, Plaintiff, complaining of TYSON FOODS, INC., Defendant, and for causes of action, respectfully shows:

### I.
### DISCOVERY CONTROL PLAN

1. Discovery in the matter may be conducted under Level 3 of the Texas Rules of Civil Procedure.

### II.
### JURISDICTION AND VENUE

2.1. The claims asserted arise under the common law of Texas. This Court has jurisdiction and venue is proper because all or a substantial part of the events or omissions giving rise to this claim occurred in Shelby County, Texas. The matter in controversy does not exceed the sum or value of $75,000, exclusive of interest and costs.

2.2 Federal Courts lack jurisdiction over this suit. There is incomplete diversity of citizenship and Plaintiff's claims raise no federal question. Plaintiff does not seek relief under any

Lori Oliver, District Clerk
Shelby County, Texas
A CERTIFIED COPY
pg 1 of 5

federal law, statute, regulation treaty or constitution, nor do her rights to relief necessarily depend on the resolution of a substantial question of federal law. Thus, removal would be improper.

### III.

### PARTIES

3. Plaintiff is a resident of Texas.

4. Defendant TYSON FOODS, INC., an foreign for-profit corporation, maintains business premises at Defendant's business located in Shelby County, Texas, and may be served with process by serving its registered agent, CT Corporation System, 1999 Bryan St., Suite 900, Dallas, Texas 75201.

### IV.

### MISNOMER/ALTER EGO

5. In the event any parties are misnamed or are not included herein, it is Plaintiff's contention that such was a "misidentification," "misnomer," and/or such parties are/were "alter egos" of parties named herein. Alternatively, Plaintiff contends that such "corporate veils" should be pierced to hold such parties properly included in the interest of justice.

### V.

### FACTS & CAUSES OF ACTION

6. Defendant owns and operates a facility in the business of poultry processing in Shelby County, Texas at 1019 Shelbyville St, Center, TX 75935 (hereinafter "Defendant's premises"). On or about October 4, 2019, Plaintiff was an invitee on Defendant's premises. While working as a Food Safety Sanitor on the back dock of Defendant's premises, Plaintiff tripped and fell off the back dock due to a dangerous condition. Plaintiff then impacted the floor causing them to suffer severe injuries. Plaintiff continues to suffer as a result of Defendant's negligence.

7. Upon information and belief, Defendant's agents or employees created the dangerous



Lori Oliver, District Clerk
Shelby County, Texas
A CERTIFIED COPY
pg 2 of 5

condition. Alternatively, Defendant failed to use reasonable care to protect invitees from the known and unusually high risks accompanying the area where Plaintiff fell by failing to monitor and inspect that area and failing to remove the dangerous condition.

8. Plaintiff was an invitee at the time of injury. Defendant, as owner and operator of the premises, owed Plaintiff a duty to inspect the premises and maintain them in a reasonably safe condition. At the time Plaintiff was injured, the premises posed an unreasonable risk of harm to Plaintiff and others. Defendant knew or should have known of this condition for the following reasons:

- Defendant's agents or employees failed to perform adequate checks of the area in question;
- Defendant's agents or employees did not guard or otherwise warn Plaintiff of the location of the dangerous condition;
- Defendant's agents or employees had attempted to remedy the dangerous condition shortly before Plaintiff's fall, but failed to do so safely and adequately;
- Defendant's agents or employees were aware of the design of the premises, and the fact that the area in question was well trafficked, yet lacked adequate non-slip flooring;
- Defendant's agents or employees had actual knowledge of the dangerous condition;
- Defendant's agents or employees were present at the premises at the time of Plaintiff's injury; or
- Defendant's agent or employees created the dangerous condition.

9. The condition posed an unreasonable risk of harm, and Defendant knew or reasonably should have known of the danger, and Defendant failed to exercise ordinary care to protect Plaintiff from the danger, by both failing to adequately warn Plaintiff of the condition and failing to make that condition reasonably safe. Additionally, a proximate cause of the fall was Defendant's failure to use reasonable care to protect its invitees from the known and unusually high risks accompanying the area where Plaintiff fell. Pleading in the alternative to the premises-liability claim plead herein, Plaintiff



Lori Oliver, District Clerk
Shelby County, Texas
A CERTIFIED COPY
pg 3 of 5

alleges that their injury was the result of a contemporaneous, negligent activity on the property, and that Defendant is liable under ordinary negligence principles.

10. As a direct and proximate result of the occurrence made the basis of this lawsuit, Plaintiff has incurred the following damages:

- Reasonable medical care and expenses in the past. These expenses were incurred for the necessary care and treatment of the injuries resulting from the incident complained of herein and such charges are reasonable and were usual and customary charges;

- Reasonable and necessary medical care and expenses which will in reasonable probability be incurred in the future;

- Physical pain and suffering sustained in the past;

- Mental anguish sustained in the past;

- Physical pain and suffering that, in reasonable probability, will be sustained in the future;

- Mental anguish that, in reasonable probability, will be sustained in the future;

- Physical impairment in the past and physical impairment which, in all reasonable probability, will be suffered in the future;

- Disfigurement sustained in the past and disfigurement that, in reasonable probability, will be sustained in the future.

- Loss of earning capacity sustained in the past and loss of earning capacity that, in reasonable probability will be sustained in the future;

- Past and future lost wages; and

- Numerous other out-of-pocket expenses.

11. Plaintiff has suffered severe emotional distress, embarrassment, anxiety, sleeplessness, worry, nervousness and other physical as well as mental pain and anguish and in all reasonable probability, they will continue to suffer such mental and physical pain and anguish for a long time into the future.



Lori Oliver, District Clerk
Shelby County, Texas
A CERTIFIED COPY
pg 4 of 5

## V.

## JURY DEMAND

12. Plaintiff hereby demands a trial by jury.

## VI.

## PRAYER

Plaintiff prays that this citation issue and be served upon Defendant in a form and manner prescribed by law, requiring that Defendant appear and answer, and that upon final hearing, Plaintiff have judgment against Defendant in a total sum in excess of the minimum jurisdictional limits of this Court, plus pre-judgment and post-judgment interests, all costs of Court, actual and consequential damages allowed by law, exemplary damages, and all such other and further relief, to which Plaintiff may show herself justly entitled.

Respectfully submitted,

**ALFORD & CLARK PLLC**

*/s/ Willard W. Clark III*
Willard W. Clark III
SBN: 24087307
Jacob R. Alford
SBN: 24088856
Ryne C. Bazan
SBN: 24106635
Amanda L. Hazleton
SBN: 24076077
4538 Walzem Road
San Antonio, Texas 78218
Telephone: (210) 951-9467
Facsimile: (800) 347-1865
**For electronic service:**
serviceclark@injuredtexan.com
**ATTORNEYS FOR PLAINTIFF**

STATE OF TEXAS
COUNTY OF SHELBY
I, Lori Oliver, District Clerk of Shelby County, Texas do hereby certify that the foregoing is a true and correct copy of the original record, now in my lawful custody and possession, as appears of record in Vol. _____, Page _____ Minutes of said court on file in my office.

Witness my official hand and seal of office, this 8/16/21

LORI OLIVER, DISTRICT CLERK
SHELBY COUNTY, TEXAS

By 



Lori Oliver, District Clerk
Shelby County, Texas
**A CERTIFIED COPY**
pg 5 of 5